FILED
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO,<br><br>Defendant-Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | Criminal Case No. 96-00039<br><br>Civil Case No. 03-00044<br><br>**ORDER** |

Petitioner Vaatausili Mark Alaimalo filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("motion"). Since this was Petitioner's second motion for § 2255 relief, the Court transferred Petitioner's motion to the Ninth Circuit Court of Appeals for Certification to appeal[1]. On July 15, 2004, the Ninth Circuit denied the petitioner's request for authorization to file a second petition for relief. As such, this Court lacks jurisdiction to consider the petitioner's § 2255 motion. Accordingly, petitioner's motion is hereby DISMISSED.

**SO ORDERED** this 13 day of June, 2005.

Notice is hereby given that this document was entered on the docket on 6-13-05. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By /s/ 6-13-05
Deputy Clerk    Date

/s/ RICARDO S. MARTINEZ[*]
United States District Judge

---

[1] *See*, Order filed April 29, 2004. Docket No. 113.

[*] The Honorable Ricardo S. Martinez, United States District Judge for Western Washington, by designation.

Case 1:03-cv-00044    Document 2    Filed 06/13/2005    Page 1 of 1